UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OURSTAGE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL HIP HOP NETWORK BROADCAST CORP., ATONN F. MUHAMMAD, and RODNEY P. HUNT,<br><br>    Defendant. | C.A. No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Real Hip Hop Network Broadcast Corp. ("RHN"), by and through its counsel, hereby gives notice of its removal of this civil action from the Superior Court for the Commonwealth of Massachusetts, Middlesex Division, to the United States District Court for the District of Massachusetts.  The grounds for removal are diversity jurisdiction, as follows:

1.   On or about November 2, 2012, Plaintiff OurStage, Inc. ("OurStage") initiated a civil action in the Superior Court for the Commonwealth of Massachusetts, Middlesex County, entitled *OurStage, Inc. v. Real Hip Hop Network Broadcast Corp, et al.*, Civil Action No. MICV2012-04342.  A copy of the Summons and Complaint from the state court action is attached as Exhibit 1.

2.   Pursuant to 28 U.S.C. § 1332(a), there is complete diversity between OurStage and RHN.  The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.  OurStage is a Delaware corporation with its

principal place of business in Chelmsford, Massachusetts.  RHN is a Delaware corporation with its principal place of business in Washington, D.C.

3. RHN received a copy of the Complaint in the state court action on or about November 14, 2012.  This Notice of Removal is being filed within 30 days of that date, in accordance with 28 U.S.C. § 1446(b).  No other process, pleadings or orders have been served upon RHN in the state court action.

4. The other Defendants, Atonn F. Muhammad and Rodney P. Hunt, have not yet been served with a Summons and Complaint from the state court action.

5. Pursuant to 28 U.S.C. § 1446(d), RHN shall promptly give written notice to all adverse parties and shall file a copy of this Notice of Removal with the Superior Court for the Commonwealth of Massachusetts, Middlesex County.

WHEREFORE, RHN respectfully requests that this civil action be removed to this Court and that this Court maintain jurisdiction over this action, as provided for by law.

Respectfully submitted,

**REAL HIP HOP NETWORK BROADCAST CORP.**,

By its counsel,

DATED:   December 14, 2012

/s/ Jason W. Morgan
Jason W. Morgan (BBO #633802)
jmorgan@dtm-law.com
W. Prescott Golding (BBO #670386)
sgolding@dtm-law.com
**DROHAN TOCCHIO & MORGAN, P.C.**
175 Derby Street, Suite 30
Hingham, Massachusetts 02043
Tel:  (781) 749-7200

- 3 -

## **CERTIFICATE OF SERVICE**

      I, Jason W. Morgan, hereby certify that on December 14, 2012, I served a true and correct copy of the foregoing, by U.S. Mail postage prepaid, to counsel for OurStage, Inc., Todd J. Bennett, Esq., Bennett & Belfort, P.C., 24 Thorndike Street, Suite 300, Cambridge, Massachusetts 02141.

      /s/ Jason W. Morgan
      Jason W. Morgan